JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER PARIS, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> EYESHAKA, LLC, a California limited liability company; PALAK BHATKA, an individual; JUSTIN NOVAK, nd individual; CUSHMAN GILLEN, an individual; and DOES 1 through 10, inclusive, <br><br> Defendants. | CASE NO.: CV14-06332-R (JCx) <br><br> **ORDER DISMISSING CASE WITH PREJUDICE AND RETAINING JURISIDCTION FOR LIMITED PURPOSE OF ENFORCING SETTLEMENT AGREEMENT** |

The Court has reviewed and considered the Joint Motion of Plaintiff Peter Paris ("Plaintiff"), on the one hand, and defendants Eyeshaka, LLC, Palak Bhtaka, Justin Novak and Cushman Gillen (collectively, "Defendants"), on the other hand, for an order dismissing the case with prejudice and requesting that the Court retain jurisdiction for the limited purpose of enforcing the Parties' Settlement Agreement. Good cause appearing thereon, the Court hereby **GRANTS** the Joint Motion and orders as follows:

1. The Settlement Agreement attached to the Joint Motion as **Exhibit A** (the "Settlement Agreement") is incorporated into this Order by reference as if set forth fully herein and shall be deemed an Order of this Court.

2. The Parties are ordered to comply with the terms of the Settlement Agreement.

3. This Action is dismissed with prejudice, but the Court shall retain jurisdiction for the next 15 years for the limited purpose of enforcing the Settlement Agreement

**IT IS SO ORDERED**

Dated: February 06, 2015

_____
UNITED STATES DISTRICT JUDGE

---

2
**ORDER**